CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

JAN 0 3 2012

JULIA C. DUDLEY, CLERK
BY:
      DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 7:10CR00003 |
| | ) | |
| vs. | ) | **FINAL ORDER** |
| | ) | |
| KENNETH JOE KENNEDY, | ) | By: James C. Turk |
| | ) | Senior United States District Judge |
| Defendant. | ) | |

In accordance with the accompanying memorandum opinion, it is hereby

### ADJUDGED AND ORDERED

As follows:

1. The motion to vacate, set aside or correct the sentence, pursuant to 28 U.S.C. § 2255, (ECF No. 224) is **DISMISSED** without prejudice and stricken from the court's active docket;

2. Based upon the court's finding that the defendant has not made the requisite showing of denial of a substantial right, a certificate of appealability is **DENIED** regarding the court's order dismissing the § 2255 motion; and

3. The defendant's motion for new trial (ECF No. 223) is **DENIED** as without merit.

ENTER: This 3rd day of January, 2012.

_____
Senior United States District Judge